United States District Court
Southern District of Texas
**ENTERED**
March 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUVENTO BRAVO AVILA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-04004 |
| | § | |
| SILVESTRE CHAVEZ, d/b/a BROTHERS CONSTRUCTION COMPANY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff has filed a Motion to Dismiss All Claims with Prejudice. ECF No. 16. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 27, 2024.

Keith P. Ellison
United States District Judge